UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ADVANTAGE POINT, L.P., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:14-cv-05517 |
| | : | |
| BOROUGH OF KUTZTOWN; KUTZTOWN | : | |
| MUNICIPAL AUTHORITY; PEGGY | : | |
| DEVLIN; SANDRA K. GREEN; GABRIEL | : | |
| KHALIFE; DEREK D. MACE; RACHAEL | : | |
| B. MARTIN; JAMES F. SCHLEGEL; | : | |
| EDWIN K. SEYLER; KEVIN J. SNYDER; | : | |
| LEE W. ERB; WILLIAM FOX; ANDREW | : | |
| SCHLEGEL; SHEILA FULTON; DONALD | : | |
| L. SECHLER; SSM GROUP, INC.; DARYL | : | |
| A. JENKINS; CHRISTINA CRAWFORD; | : | |
| TIMOTHY G. DIETRICH, ESQUIRE; | : | |
| KEITH MOONEY, ESQUIRE; JEFFREY | : | |
| D. LOBACH, ESQUIRE; GEORGE | : | |
| WERNER, ESQUIRE; CHARLES HAWS, | : | |
| ESQUIRE; BARLEY SNYDER, LLC, | : | |
| | : | |
| Defendants. | : | |

_____

# O R D E R

**AND NOW**, this 24th day of March, 2016, upon consideration of SSM Defendants' Motion to Dismiss, ECF No. 87, Kutztown Defendants' Motion to Dismiss, ECF No. 88, and Barley Snyder Defendants' Motion to Dismiss, ECF No. 90, and for the reasons set forth in the accompanying Memorandum issued this date**, IT IS ORDERED** that Defendants' Motions are **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's procedural due process claim, substantive due process claim, First Amendment retaliation claim, tortious interference claims, and Title VI claim are **DISMISSED with prejudice;**

1

2. Plaintiff's takings claim is **DISMISSED as unripe;**

3. In all other respect, Defendants' Motions are **DENIED.**

                                                    BY THE COURT:

                                                    */s/ Joseph F. Leeson, Jr.*
                                                    JOSEPH F. LEESON, JR.
                                                    United States District Judge